

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WILLIAM LEE GRANT, II, )
)
    Plaintiff, )
v. ) Civil Action No. 18-0559 (UNA)
)
RICHARD ABEL KABAKER, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION

This Court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the plaintiff's complaint carefully, including its list of Questions Presented, Statement of the Issues and Statement of the Case, the Court concludes that its factual are baseless and wholly incredible.[1]

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i). An Order consistent with this Memorandum Opinion is issued separately.

DATE: 4/16/18

United States District Judge

---

[1] It appears that the plaintiff has filed a substantially similar complaint in the United States District Court for the Southern District of New York, *see* Compl., *Grant v. Kabaker*, No. 1:17-cv-8580 (S.D.N.Y. Nov. 3, 2017), which has been dismissed as frivolous, *Grant v. Kabaker*, No. 17-CV-8580, 2018 U.S. Dist. LEXIS 6884, at *3 (S.D.N.Y. Jan. 11, 2018).